239 So.2d 346

**Mary E. Otwell THOMAS**

**v.**

**Margaret Vern Brown OTWELL et al.**

**No. 50709.**

Sept. 25, 1970.

Writ refused. We find no error of law in the judgment complained of.

■

239 So.2d 346

**Edward Filmore DARNELL**

**v.**

**Leary TAYLOR et al.**

**No. 50714.**

Sept. 25, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error in its judgment.